AO 93 (Rev. 5/85) Search Warrant

# United States District Court

Southern **DISTRICT OF** California

FILED
2007 DEC 27 AM 9:24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____KWH_____ DEPUTY

| In the Matter of the Search of |
|---|
| (Name, address or brief description of person or property to be searched) |
| Express Mail parcel # EB581268500US addressed to Joel Lean, 1735 Jeanette St., Wichita, KS 67203 and listed the phone # (316) 993-8501. The parcel listed the return information of A.C. 971 4th Ave, #42, Chula Vista, CA 91911 and listed the phone # (619) 757-4168 |

## SEARCH WARRANT

CASE NUMBER: '07 MJ 2985

TO: Ana L. Flores, Postal Inspector   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Ana L. Flores   who has reason to
                                             Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Express Mail parcel # EB581268500US addressed to Joel Lean, 1735 Jeanette St., Wichita, KS 67203 and listed the phone # (316) 993-8501. The parcel listed the return information of A.C. 971 4th Ave, #42, Chula Vista, CA 91911 and listed the phone # (619) 757-4168 which is in the custody of the U.S. Postal Inspection Service.

in the Southern   District of California   there is now
concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 12/30/07
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ~~(in the daytime — 6:00 A.M. to 10:00 P.M.)~~ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
                                                                    U. S. Judge or Magistrate
as required by law.

12/20/07, 1336 hrs.            at   San Diego, CA
Date and Time Issued                 City and State

**WILLIAM McCURINE, JR.**
                    U.S. Magistrate Judge                    *WMcCurine* (signature)
Name and Title of Judicial Officer                           Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 12-20-07 | DATE AND TIME WARRANT EXECUTED 12/20/07  2:42 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH USPS |
| INVENTORY MADE IN THE PRESENCE OF US Postal Inspectors A. Flores and P. Garn |||

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express EB581268500US
Flat Rate Express envelope contained a t-shirt wrapped around a plastic wrapped bundle which contained 3 plastic baggies which contained 102.8 grams of marijuana.

A. Flores  12/20/07

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_Ana Flores_

Subscribed, sworn to, and returned before me this date.

_[signature]_
U.S. Judge                               Date 12/27/07